NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

GLOBAL CONSTRUCTION, INC.,
*Appellant,*

v.

ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,
*Appellee.*

---

2010-1272

---

Appeal from the Civilian Board of Contract Appeals in no. 1198, Administrative Judge Jeri Kaylene Somers.

---

ON MOTION

---

## ORDER

Upon consideration of Global Construction Inc.'s motion to withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

AUG   3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joree G. Brownlow, Esq.
     Domenique Kirchner, Esq.

s21

Issued As A Mandate:  AUG   3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 03 2010

JAN HORBALY
CLERK